## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT PETTRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:06-CV-598 TS |
| ) | |
| J. DAVID DONAHUE, and WILLIAM WILSON, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Robert Pettry, a *pro se* prisoner, was named in this complaint, but because of the way the filings were drafted and signatures attached to them, it is not clear that he ever intended or agreed to participate in this lawsuit. A previous order of this Court was mailed to him by the clerk, but it was returned as undeliverable. Based on the record in this case, the Court is unable to conclude that he filed this case, therefore it is **DISMISSED WITHOUT PREJUDICE** and the filing fee is **WAIVED**.

SO ORDERED on October 16, 2006.

 s/ Theresa L. Springmann  
THERESA L. SPRINGMANN  
UNITED STATES DISTRICT COURT  
FORT WAYNE DIVISION